UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PEDRO LEONEL HERNANDEZ ESPINOZA,
*individually and on behalf of others similarly situated,*

                                          *Plaintiff,*

-against-

TACOS JAM LLC (D/B/A TULUM TACOS &
TEQUILA), ATHANASIOS D MITSIOS, and
NICOLAS GEERAERTS,

                                          *Defendants.*

-----------------------------------------------------------------X

Civil Action No. **1:23-cv-06082**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:    Annette Aletor, Esq.
       **Aletor Law, PLLC**
       515 Madison Avenue, Suite #9071
       New York, NY 10022
       *Attorney for Defendants*

PLEASE TAKE NOTICE that Plaintiff PEDRO LEONEL HERNANDEZ ESPINOZA, hereby accepts the offer of judgment made by Defendants TACOS JAM LLC (D/B/A TULUM TACOS & TEQUILA), ATHANASIOS D MITSIOS, and NICOLAS GEERAERTS pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated January 3, 2024. A true copy of the offer of judgment is annexed hereto as <u>Exhibit A</u>.

Dated:  New York, New York
         January 3, 2024

                                                        */s/ Jarret Bodo*
                                                        Jarret Bodo
                                                        CSM LEGAL, P.C.
                                                        60 East 42nd Street, Suite 4510
                                                        New York, NY 10165
                                                        (212) 317-1200
                                                        *Attorneys for Plaintiff*