UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PEDRO LEONEL HERNANDEZ ESPINOZA,
*individually and on behalf of others similarly situated,*

        *Plaintiff*,

  -against-

TACOS JAM LLC (D/B/A TULUM TACOS & TEQUILA), ATHANASIOS D MITSIOS, and NICOLAS GEERAERTS,

        *Defendants.*

----------------------------------------------------------------X

Docket No. **1:23-cv-06082-DG-MMH**

**JUDGMENT**

## **JUDGMENT**

On January 3, 2024 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiff, PEDRO LEONEL HERNANDEZ ESPINOZA, has judgment against TACOS JAM LLC (D/B/A TULUM TACOS & TEQUILA), ATHANASIOS D MITSIOS, and NICOLAS GEERAERTS, jointly and severally, in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated:  Brooklyn, New York

    January 9, 2024

                                          BRENNA B. MAHONEY
                                          CLERK OF COURT
                                          by: ___*Jalitza Poveda*___
                                                 Deputy Clerk